**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Eddy Dean BULLCALF, Defendant-
Appellant.**

**No. 16-30275**

United States Court of Appeals,
Ninth Circuit.

Submitted November 14, 2017 *

Filed November 14, 2017

Lori Anne Harper Suek, Assistant U.S.
Attorney, Leif Johnson, Assistant U.S. At-
torney, Office of the US Attorney, Billings,
MT, Danna Rae Jackson, Assistant U.S.
Attorney, USHE—Office of the US Attor-
ney, Helena, MT, for Plaintiff-Appellee

Eddy Dean Bullcalf, Pro Se

Before: FARRIS, CANBY, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Eddy Dean Bullcalf appeals the 324-
month sentence imposed upon re-sentenc-
ing for two counts of aggravated sexual
abuse, in violation of 18 U.S.C. §§ 1153(a)
and 2241(c), and one count of abusive sexu-
al contact with a child under the age of 12,
in violation of 18 U.S.C. §§ 1153(a) and
2244(a)(1). Pursuant to *Anders v. Califor-
nia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), Bullcalf's counsel has
filed a brief stating that there are no

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to
withdraw as counsel of record. No pro se
supplemental brief or answering brief has
been filed.

We find not arguable issues among
those noted in the *Anders* brief: the dis-
trict court did not miscalculate or misapply
the Guideline range; the evidence does not
show that the criminal activity wholly pre-
ceded the adoption of the sentencing en-
hancement of U.S.S.G. § 5B1.5(b)(1); the
sentence at the bottom of the Guideline
range is not unreasonable. In addition, our
independent review of the full record pur-
suant to *Penson v. Ohio*, 488 U.S. 75, 80,
109 S.Ct. 346, 102 L.Ed.2d 300 (1988),
discloses no arguable grounds for relief.

Counsel's motion to withdraw is
**GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.